UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 18-10144-CIV-KING/SIMONTON

IN RE:

PETITION OF WILL EVANS as titled owner of and for a 29' 2006 PRO SPORTS BOATS, hull identification number WJIS0092F506 her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

          Petitioner._____/

## ORDER GRANTING PETITIONER'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT FOR EXONERATION FROM LIABILITY AGAINST ALL CLAIMANTS NOT FILING A CLAIM IN THIS ACTION

THIS CAUSE is before the Court upon Petitioner's Motion for Entry of Final Default Judgment for Exoneration From Liability Against All Claimants Not Filing a Claim in This Action [ECF No. ___]. Having considered the Motion and the file in this action, and good cause appearing, it is

**ORDERED AND ADJUDGED** that:

1. The Petitioner's Motion for Entry of Final Default Judgment for Exoneration from Liability Against All Claimants Not Filing a Claim in This Action [ECF No. ___ is **GRANTED**.

2. Default Final Judgment is hereby entered against all claimants who have not filed claims in this action, other than Claimant, Elijah Langston. This Order also exonerates Petitioner from any responsibility, loss, damage or injury, from any and all claims arising out of the incident described in the Petition for Exoneration from or Limitation of Liability ("Petition") [ECF No. 1].

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of Nov 2018.

_____
HONORABLE JAMES L. KING
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of Record